1  
2  

HONORABLE JOHN C. COUGHENOUR  
UNITED STATES DISTRICT JUDGE

3  

4  

5  

6  
7  

UNITED STATES DISTRICT COURT  
FOR THE WESTERN DISTRICT OF WASHINGTON  
AT SEATTLE

8  

9  

DAWNUEL KELLY,                                    )  
                                                 )  
                    Plaintiff,                    )        NO. 2:04-CV-02214-JCC  
                                                 )  
        vs.                                       )  
                                                 )  
AAA BOWLS UNLIMITED, INC., a Washington          )        STIPULATED CONFIDENTIALITY  
Corporation, dba SKYWAY PARK BOWL; )     AGREEMENT AND PROTECTIVE  
OFFICER ALEX QUIRT and 'JANE DOE"                )        ORDER REGARDING CERTAIN  
QUIRT, husband and wife and the marital          )        DOCUMENATION AND TAPES  
Community composed thereof; and MARCUS           )        MAINTAINED BY AAA BOWLS  
HUMPHREY and 'JANE DOE"                           )        UNLIMITED, INC.  
HUMPHREY, husband and wife and the               )  
marital community composed thereof.              )  
                                                 )  
                                                 )  
                    Defendants.                   )  
_____          )

10  
11  
12  
13  
14  
15  
16  
17  

18  

**STIPULATION**

19  

20  

        Plaintiff DAWNUELL KELLY, by and through his attorney of record Jennifer Bucher, and

21  

Defendants AAA BOWLS UNLIMITED, INC., a Washington corporation dba SKYWAY PARK

22  

BOWL, AND OFFICER ALEX QUIRT individually and as an employee of SKYWAY PARK BOWL

23  

and OFFICER ALEX QUIRT and "JANE DOE" QUIRT, as a marital community and MARCUS

24  

HUMPHREY, individually and as an employee of SKYWAY PARK BOWL, and MARCUS

25  

HUMPHREY and "JANE DOE" HUMPREY, as a marital community, by and through their attorney of

26  

USDC CASE NO. 2:04-cv-02214-JCC  
STIPULATED CONFIDENTIALITY  
AGREEMENT AND PROTECTIVE ORDER  
REGARDING CERTAIN DOCUMENTATION  
AND TAPES MAINTAINED BY AAA BOWLS  
UNLIMITED, INC. - 1

record, John Francis Kennedy and OFFICER ALEX QUIRT, by and through his attorney David Eldred, do hereby agree to enter into a protective order regarding certain documents and surveillance video tapes maintained by Defendant AAA Bowls Unlimited, Inc.

On September 27, 2005, this Court entered an Order, which provided that Defendant AAA Bowls Unlimited, Inc. produce certain documents that were the subject of the plaintiff's first set of interrogatories and requests for production propounded to Defendant AAA Bowls Unlimited  and which Order further provided additional terms and conditions protecting the documents to be produced.

The plaintiff also propounded a second set of interrogatories and requests for production to Defendant AAA Bowls Unlimited, as well as interrogatories and a second set of requests for production to Defendants Marcus Humphrey and Alex Quirt, which in part request additional information regarding certain incidents that have occurred at Skyway Park Bowl and further request production of documents maintained by Skyway Park Bowl related to these incidents, which Defendant AAA Bowls Unlimited, Inc.'s represents includes incident reports, photographs, trespass admonishments, and related documents (hereinafter "incident documentation").

The plaintiff also propounded a second supplemental request for production regarding certain video tape recordings made by Skyway Park Bowl's surveillance cameras, consisting of twelve tapes (hereinafter "tapes.")

The "incident documentation" and the "tapes" contain personal and private information, necessitating the use of a protective order.   The parties agree to adopt the terms of the Court's Order of September 27, 2005 with respect to the manner of production and protection of the above referenced "incident documentation" as well as the "tapes" that will be produced by Defendant AAA Bowls

USDC CASE NO. 2:04-cv-02214-JCC
STIPULATED CONFIDENTIALITY
AGREEMENT AND PROTECTIVE ORDER
REGARDING CERTAIN DOCUMENTATION
AND TAPES MAINTAINED BY AAA BOWLS
UNLIMITED, INC. - 2

1  Unlimited, Inc. as potentially responsive to the above referenced plaintiff's discovery requests.  These

2  terms are set forth below in the Order portion of this pleading.

3                                    LAW OFFICES OF JOHN FRANCIS KENNEDY

4

5                             By: s/John Francis Kennedy
                                  JOHN FRANCIS KENNEDY, WSBA #5692
6                                 Attorney for Defendants,
                                  AAA BOWLS UNLIMITED, INC., a Washington
7                                 Corporation, dba SKYWAY PARK BOWL;
                                  OFFICER ALEX QUIRT and 'JANE DOE"
8                                 QUIRT, husband and wife and the marital
                                  community composed thereof; and MARCUS
9                                 HUMPHREY and 'JANE DOE"
                                  HUMPHREY, husband and wife and the
10                                marital community composed thereof.

11

12                                GARVEY SCHUBERT BARER

13

14                           By: s/Jennifer Bucher
                                  JENNIFER BUCHER, WSBA #23971
15                                Attorney for Plaintiff Dawnuel Kelly

16

17                                NORM MALENG,
                                  KING COUNTY PROSECUTING ATTORNEY

18

19                           By:     s/David Eldred
                                  DAVID ELDRED, WSBA #26125
20                                Attorney for Defendant OFFICER ALEX
                                  QUIRT

21

22

23

24

25

26  USDC CASE NO. 2:04-cv-02214-JCC
    STIPULATED CONFIDENTIALITY
    AGREEMENT AND PROTECTIVE ORDER
    REGARDING CERTAIN DOCUMENTATION
    AND TAPES MAINTAINED BY AAA BOWLS
    UNLIMITED, INC. - 3

**PROTECTIVE ORDER**

1. Defendant AAA Bowl Unlimited, Inc. shall produce a copy of all "incident documentation" in its possession to the present date.

2. Defendant AAA Bowl Unlimited, Inc. shall produce a copy of twelve surveillance video tapes made by Skyway Park Bowl for the time period October 1 and 2, 2005, which copying shall be made at the expense of the plaintiff.

3. Defendant AAA Bowl Unlimited, Inc. shall omit from the "incident documentation" produced pursuant to this Order information relating to the Social Security Numbers, birth dates, and driver's license and license plate numbers of all parties referenced therein.

4. Materials produced pursuant to this Order may be disclosed only to the following persons: (a) counsel for any party to this action: (b) those assisting counsel for any party to this action: (c) court personnel engaged in proceedings that are necessarily incidental to preparation for the trial of this action: (d) any outside expert or consultant retained in connection with this action: and (e) witnesses, who may have the material disclosed to them during deposition proceedings but may not leave the deposition with copies of the materials.

5. Plaintiff shall only use the "incident documentation" and "tapes" produced pursuant to this Order for the purposes of this litigation.

USDC CASE NO. 2:04-cv-02214-JCC
STIPULATED CONFIDENTIALITY
AGREEMENT AND PROTECTIVE ORDER
REGARDING CERTAIN DOCUMENTATION
AND TAPES MAINTAINED BY AAA BOWLS
UNLIMITED, INC. - 4

6.  Plaintiff shall return all "incident documentation" and "tapes" produced pursuant to this Order to

Defendant Skyway at the conclusion of this litigation.

SO ORDERED this 22nd day of November, 2005.

HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:
LAW OFFICES OF JOHN FRANCIS KENNEDY


By:   s/John Francis Kennedy
 JOHN FRANCIS KENNEDY, WSBA #5692
Attorney for Defendants,
AAA BOWLS UNLIMITED, INC., a Washington
Corporation, dba SKYWAY PARK BOWL;
OFFICER ALEX QUIRT and 'JANE DOE"
QUIRT, husband and wife and the marital
community composed thereof; and MARCUS
HUMPHREY and 'JANE DOE"
HUMPHREY, husband and wife and the
marital community composed thereof.


Approved as to form:
Notice of presentation waived.
GARVEY SCHUBERT BARER


By:   s/Jennifer Bucher
JENNIFER BUCHER, WSBA #2397
Attorney for Plaintiff Dawnuel Kelly


NORM MALENG,
KING COUNTY PROSECUTING ATTORNEY

USDC CASE NO. 2:04-cv-02214-JCC
STIPULATED CONFIDENTIALITY
AGREEMENT AND PROTECTIVE ORDER
REGARDING CERTAIN DOCUMENTATION
AND TAPES MAINTAINED BY AAA BOWLS
UNLIMITED, INC. - 5

1

2   By:   s/David Eldred
    DAVID ELDRED, WSBA #26125
3   Attorney for Defendant OFFICER ALEX QUIRT

                    **CERTIFICATE OF SERVICE**
4
    I HEREBY CERTIFY THAT ON  November 18,  2005, I electronically filed the foregoing
5
    STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER REGARDING
6
7   CERTAIN DOCUMENTATION AND TAPES MAINTAINED BY AAA BOWLS UNLIMITED,

8   INC.  with the Clerk of Court using the CM/ECF system which will send notification of such filing to

9   the following:

10
        Jennifer D. Bucher
11      jbucher@gsblaw.com

12
        Ronald J. Knox
13      rknox@gsblaw.com

14
        David Eldred
15      david.eldred@metrokc.gov

16
                                        s/John Francis Kennedy
17                                      WSBA #5692
                                        Law Offices of John Francis Kennedy
18                                      3419 Harborview Drive
                                        Gig Harbor, WA  98332-2127
19

20

21

22

23

24

25

26  USDC CASE NO. 2:04-cv-02214-JCC
    STIPULATED CONFIDENTIALITY
    AGREEMENT AND PROTECTIVE ORDER
    REGARDING CERTAIN DOCUMENTATION          LAW OFFICES OF JOHN FRANCIS KENNEDY
    AND TAPES MAINTAINED BY AAA BOWLS                    3419 Harborview Drive
    UNLIMITED, INC. - 6                            GIG HARBOR, WA  98332-2127
                                                  253/853-6223    FAX 253/853-6479